United States District Court
Southern District of Texas
**ENTERED**
April 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC DEMOND LOZANO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. H-18-1183 |
| | § | |
| DEBORAH L. SCHUBERT, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 26th day of April, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE